# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SULLIVAN, et. al., ,<br><br>　　　　　Defendants.<br>_____/ | 1:07-CV-00029-OWW-SMS-P<br><br>ORDER DENYING REQUEST TO RESCIND FILING FEE<br>(Doc. 11) |

　　　Willie Lee Carpenter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on January 8, 2007, and the complaint was dismissed as duplicative on April 17, 2007.

　　　On May 18, 2007, Plaintiff filed a request for the Court to rescind its Order granting him in forma pauperis status and directing the institution to withdraw funds from Plaintiff's trust account to pay his filing fee for this action.

　　　For the reasons set forth in the Court's order of April 17, 2007, IT IS HEREBY ORDERED that Plaintiff's request is DENIED.

IT IS SO ORDERED.

**Dated:   May 24, 2007**　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1